IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATTY L. BIVENS,  Plaintiff, | § § § | |
| v. | § § | 3:20-CV-1904-K-BH |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SSA  Defendant. | § § § § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, the plaintiff's *Motion for Award of Attorney Fees*, filed March 25, 2022 (doc. 27), is **GRANTED in part**, and she is awarded $7,277.95 in attorney's fees to be made payable directly to her and mailed to her counsel.

SO ORDERED.

Signed May 10th, 2022.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE